IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORY WILSON,** Petitioner, **v.** **KIMBERLY THORNTON, Warden,** Respondent. | 2:26-cv-02754-DJC-SCR **[~~PROPOSED~~] ORDER** |

**GOOD CAUSE** being shown, respondent's motion to enlarge time to **December 28, 2026** to file and serve a response to the petition is **GRANTED**. If an answer is filed, petitioner may file with the Court and serve on respondent a reply within **thirty (30) days** of his receipt of the answer. If a motion to dismiss is filed, petitioner shall file with the Court and serve on respondent an opposition or a statement of non-opposition to the motion within **thirty (30) days** of his receipt of the motion, and respondent shall file with the Court and serve on petitioner a reply within **fourteen (14) days** of receipt of any opposition.

**IT IS SO ORDERED**.

Dated: October 20, 2026____

/s/ Sean C. Riordan
The Honorable Sean C. Riordan
United States Magistrate Judge